**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROBERTA LONSK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDDLESEX WATER COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-19808-JXN-ESK<br><br>**JOINT STATUS REPORT AND CONSENT ORDER** |

Plaintiff Roberta Lonsk ("Plaintiff"), Defendant Middlesex Water Company ("MWC") and Defendant 3M Company ("3M") (MWC and 3M collectively, "Defendants") (and together with Plaintiff, the "Parties") through their respective counsel, submit this joint status report pursuant to the Court's September 22, 2023 Order (ECF No. 98).

On September 21, 2023, the Parties filed a Stipulation and [Proposed] Consent Order, requesting that the Court stay all case deadlines to enable the Parties to focus their efforts on mediation, and stipulating to report the status of mediation to the Court on or by November 24, 2023, including the filing of an amended schedule if mediation was unsuccessful (ECF No. 97). This Court entered the Parties' Stipulation as an Order on September 22, 2023 (ECF No. 98).

On September 24, 2023, this Court entered a Text Order scheduling the next telephone status conference for November 30, 2023 at 10:45 a.m. (ECF No. 99).

Since that time the Parties have engaged in good faith mediation efforts,

including, on November 17, 2023, a full-day mediation session before Hon. Joel Schneider, United States Magistrate Judge (Ret.). While the Parties have not reached a resolution, the Parties are continuing to engage in mediation efforts and are good-faith settlement discussions are ongoing.

Accordingly, the Parties respectfully request additional time to continue their settlement discussions in an attempt to reach a resolution of the matter. Specifically, the Parties jointly request, subject to the approval of the Court, that:

1. The current case deadlines remain stayed; and

2. On or before Friday, December 22, 2023, the Parties will submit a joint status report apprising the Court as to the status of the continued settlement efforts, and if the Parties are unable to finalize settlement, then the Parties will submit an amended proposed schedule.

In light of the foregoing, the Parties respectfully request that the Court reschedule the telephonic status conference for a date after the Parties submit the next joint status report that is convenient for the Court, although counsel remain available if the Court prefers to proceed with the November 30, 2023 telephone status conference.

Dated: November 24, 2023                         Respectfully submitted,

*s/ Amey J. Park*                                *s/ Donald J. Cameron, II*
Y. Michael Twersky                               Donald J. Camerson, II
Shanon J. Carson (*pro hac vice*)                James W. Crowder, IV
John Albanese (*pro hac vice*)                   BRESSLER, AMERY & ROSS, P.C.
Amey J. Park (NJ 070422014)                      325 Columbia Turnpike
BERGER MONTAGUE PC                               Florham Park, New Jersey 07932
1818 Market Street, Suite 3600                   (973) 514-1200
Philadelphia, PA 19103

Tel.: (215) 875-3000
Fax: (215) 875-4604
apark@bm.net
scarson@bm.net

*Counsel for Plaintiff Roberta Lonsk and the Proposed Class*

Andrew J. Calica (*pro hac vice*)
Jordan D. Sagalowsky (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500

*Counsel for Defendant 3M Company*

*s/Vincent P. Pozzuto*
Vincent P. Pozzuto
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
(212) 908-1284
vpozzuto@cozen.com

*Counsel for Defendant Middlesex Water Company*

## ORDER

This Court has considered the attached Joint Status Report, and for good cause shown, **IT IS ORDERED** that:

1.      The current case deadlines remain stayed;

2.      On or before Friday, December 22, 2023, the Parties will submit a joint status report apprising the Court as to the status of the continued settlement efforts, and if the Parties are unable to finalize settlement, the Parties will submit an amended proposed schedule; and

3.      The telephonic conference scheduled for November 30, 2023 (ECF No. 99), is rescheduled to **January 4, 2024 at 10:30 a.m.**  The dial in number is 1-973-437-5535 and the phone conference ID is 742 577 890#.

Dated: **November 29, 2023**

*/s/ Edward S. Kiel*
Hon. Edward S. Kiel, U.S.M.J