**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ROBERTA LONSK, | Civil Action No. 2:21-cv-19808-JXN-SDA |
| Plaintiff, | |
| v. | **NOTICE AND ORDER GRANTING WITHDRAWAL OF APPEARANCE OF PRO HAC VICE COUNSEL AND REMOVAL FROM ECF SERVICE LIST FOR JORDAN D. SAGALOWSKY, ESQ.** |
| MIDDLESEX WATER COMPANY, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned counsel from Bressler, Amery & Ross, P.C. represents Defendant 3M Company ("3M") in the above-captioned matter. Jordan D. Sagalowsky, Esq., who was admitted as *pro hac vice* counsel on behalf of 3M by this Court's Order dated March 7, 2022, respectfully requests approval to withdraw as *pro hac vice* counsel pursuant to Local Civil Rule 101.1(c)(5). Donald J. Camerson, II, Esq., and James W. Crowder, IV, Esq., of Bressler, Amery & Ross, P.C. will continue to represent 3M in the above-captioned matter.

Dated:  July 29, 2025

Respectfully submitted,

*/s/Donald J. Camerson, II*
Donald J. Camerson, II
James W. Crowder, IV
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932
(973) 514-1200
djcamerson@bressler.com
jcrowder@bressler.com
*Attorneys for Defendant 3M Company*

SO ORDERED this **1st** day of **August**, 2025.

Stacey D. Adams
United States Magistrate Judge