# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERTA LONSK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIDDLESEX WATER COMPANY, *et al.*,<br><br>　　　　Defendants. | Case No. 2:21-cv-19808-EP-SDA<br><br>**JOINT STATUS REPORT** |

Plaintiff Roberta Lonsk ("Plaintiff") and Defendants Middlesex Water Company and 3M Company ("Defendants" and together with Plaintiff, the "Parties"), through their respective counsel, submit this joint status report.

In the most recent Joint Status Report, filed on May 23, 2025, the Parties informed the Court that on May 13, 2025, the Vera Court granted preliminary approval of the class action settlement agreement, directed dissemination of class notice, and scheduled a final approval hearing. Dkt. No. 127.

On May 29, 2025, this Court entered an Order staying this case through October 10, 2025, and ordering the Parties "to file a joint status report with the court by October 6, 2025." Dkt. No. 128.

The Parties are pleased to report that on October 3, 2025, the *Vera* Court granted final approval of the class action settlement agreement. *See* Exhibit A ("Order Granting Final Approval of Class Settlement and Entering Final

Judgment."). As such, the Parties are also filing concurrently with this Joint Status Report, a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: October 6, 2025

*s/ Yechiel M. Twersky*
Y. Michael Twersky
Shanon J. Carson (*pro hac vice*)
John Albanese (*pro hac vice*)
Amey J. Park (NJ 070422014)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
scarson@bm.net
jalbanese@bm.net
mitwersky@bm.net
apark@bm.net

Michael A. Galpern
JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C.
1000 Haddonfield-Berlin Road, Suite 203 Voorhees, NJ 08043
Phone: 856.596.4100
Fax: 856.702.6640

*Counsel for Plaintiff Roberta Lonsk and the Proposed Class*

Respectfully submitted,

*s/ Donald J. Camerson, II*
Donald J. Camerson, II
James W. Crowder, IV
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
djcamerson@bressler.com

Andrew J. Calica (*pro hac vice*)
KING & SPALDING LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 790-5390
acalica@kslaw.com

*Counsel for Defendant 3M Company*

*s/ Vincent P. Pozzuto*
Vincent P. Pozzuto
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 908-1284
vpozzuto@cozen.com

*Counsel for Defendant Middlesex Water Company*