## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERTA LONSK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDDLESEX WATER COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-19808-EP-SDA<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Roberta Lonsk and Defendants Middlesex Water Company and 3M Company hereby stipulate to dismiss this case with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: October 6, 2025

*s/ Yechiel M. Twersky*
Y. Michael Twersky
Shanon J. Carson (*pro hac vice*)
John Albanese (*pro hac vice*)
Amey J. Park (NJ 070422014)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
scarson@bm.net
jalbanese@bm.net
mitwersky@bm.net
apark@bm.net

Michael A. Galpern
JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C.
1000 Haddonfield-Berlin Road, Suite 203 Voorhees, NJ 08043

Respectfully submitted,

*s/ Donald J. Cameron, II*
Donald J. Camerson, II
James W. Crowder, IV
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
djcamerson@bressler.com

Andrew J. Calica (*pro hac vice*)
KING & SPALDING LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 790-5390
acalica@kslaw.com

*Counsel for Defendant 3M Company*

*s/ Vincent P. Pozzuto*

Phone: 856.596.4100
Fax: 856.702.6640

*Counsel for Plaintiff Roberta Lonsk and the Proposed Class*

Vincent P. Pozzuto
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
(212) 908-1284
vpozzuto@cozen.com

*Counsel for Defendant Middlesex Water Company*

2